# EXHIBIT B

# Raul Pinto

| | |
|---|---|
| **From:** | Raul Pinto |
| **Sent:** | Tuesday, February 22, 2022 12:06 PM |
| **To:** | 'amy.bennett@hq.dhs.gov' |
| **Subject:** | ICE FOIA Request 2022-ICFO-04025 |
| **Attachments:** | 2021-12-21_Torrance Project_FOIA to ICE.pdf; 2021-12-21_Torrence ICE_Receipt.pdf |

Dear Ms. Bennett,

I'm writing to seek your assistance with the processing of a FOIA request I filed on behalf of the American Immigration Council on December 21, 2021. I submitted the request to ICE via the Public Access Portal on such date, and I received an automated response informing me that the request was assigned case number 2022-ICFO-04025. Since that time, however, ICE has not issued an acknowledgement of the request. For your convenience and review, attached please find a copy of the request and a copy of the email I received from the portal.

I know you assisted us in obtaining an acknowledgement from ICE for a prior FOIA, which is why I'm reaching out to you directly.

I sincerely appreciate your assistance.

Cordially,

**Raul A. Pinto**
*Senior Attorney*
Pronouns: he/his
202-507-7549 | rpinto@immcouncil.org

**American Immigration Council**
1331 G Street NW, Suite 200
Washington, DC 20005
www.AmericanImmigrationCouncil.org
www.ImmigrationImpact.com