# EXHIBIT C

# Raul Pinto

| | |
|---|---|
| **From:** | Bennett, Amy <amy.bennett@hq.dhs.gov> |
| **Sent:** | Tuesday, February 22, 2022 3:56 PM |
| **To:** | Raul Pinto |
| **Cc:** | RAND, HENRY |
| **Subject:** | RE: ICE FOIA Request 2022-ICFO-04025 |

Hi Raul,

Thanks for reaching out to me for assistance with your FOIA request. I understand that a lack of response to your request is frustrating, and I apologize for our delay.

I reached out to ICE to ask for an update on the status of your request. ICE let me know that they expect to be able to send you a final response within the next sixty days. Please know that this is just ICE's best estimated date of completion and should not be treated like a deadline. There are sometimes unforeseeable issues or circumstances outside of the FOIA office's control that delay a response to a FOIA request.

As you might be aware, the ICE FOIA program receives an exceptionally large number of FOIA requests. While we make every effort to respond to requesters as quickly as possible, the number and complexity of ICE's requests makes it difficult to be as responsive as we would like.

I hope that this information is useful to you. Please let me know if you need assistance with any additional DHS FOIA issues.

Best,

Amy

Amy Bennett
FOIA Public Liaison
DHS Privacy Office
foia@hq.dhs.gov
202-343-1743 or 866-431-0486

---

**From:** Raul Pinto <RPinto@immcouncil.org>
**Sent:** Tuesday, February 22, 2022 12:06 PM
**To:** Bennett, Amy <amy.bennett@hq.dhs.gov>
**Subject:** ICE FOIA Request 2022-ICFO-04025

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Dear Ms. Bennett,

I'm writing to seek your assistance with the processing of a FOIA request I filed on behalf of the American Immigration Council on December 21, 2021. I submitted the request to ICE via the Public Access Portal on such date, and I received an automated response informing me that the request was assigned case number 2022-ICFO-04025. Since that time,

1

however, ICE has not issued an acknowledgement of the request. For your convenience and review, attached please find a copy of the request and a copy of the email I received from the portal.

I know you assisted us in obtaining an acknowledgement from ICE for a prior FOIA, which is why I'm reaching out to you directly.

I sincerely appreciate your assistance.

Cordially,

**Raul A. Pinto**
*Senior Attorney*
Pronouns: he/his
202-507-7549 | [rpinto@immcouncil.org](mailto:rpinto@immcouncil.org)

**American Immigration Council**
1331 G Street NW, Suite 200
Washington, DC 20005
www.AmericanImmigrationCouncil.org
www.ImmigrationImpact.com