# UNITED STATES DISTRICT COURT
## for the
## District of Columbia

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECUIRTY, *et al.* <br><br> Defendants. | Civil Action No. 22-2250 (ABJ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

PLEASE TAKE NOTICE that I, Chris Opila, hereby respectfully enter my appearance on behalf of Plaintiff American Immigration Council in the above-captioned action. I am admitted to practice in this court under LCvR 83.8(2) and have applied for admission to the District of Columbia Bar to comply with LCvR 83.8(1) now that my principal law office is in the District of Columbia.

Dated: May 20, 2024

Respectfully Submitted,

By: */s/ Chris Opila*

Christopher ("Chris") Opila (NY0576)**

AMERICAN IMMIGRATION COUNCIL
2001 L Street N.W., Suite 500, PMB2026
Washington, D.C., 20036
Tel: (202) 507-7699
copila@immcouncil.org

***Admitted to the New York and New Mexico Bars and application for admission to the District of Columbia Bar. Practice in the District of Columbia limited to federal courts and agencies.*