UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL,<br><br>Plaintiff,<br><br>v.<br><br>DEP'T OF HOMELAND SEC, *et al.*,<br><br>Defendants. | Civil Action No. 22-02250 (ABJ) |

**DEFENDANTS' STATUS REPORT**

The Department of Homeland Security, et al. ("Defendants"), by and through the undersigned counsel, respectfully submit this Defendants' Status Report in response to the Court's Minute Order entered on April 15, 2024. In support hereof, Defendants state the following:

1. In this action under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), by the aforementioned Minute Order, the Court "ordered that defendants must file another status report by May 29, 2024." Minute Ord. dated April 15, 2024. The Minute Order was in response to Defendants' last status report that reported that the parties had narrowed down their dispute to one outstanding issue. See ECF No. 19.

2. That supplemental search, however, had returned many potentially responsive records that have been released. Specifically, the supplemental search resulted in the release of 840 records. Following these releases, the undersigned conferred with Plaintiff's counsel who expressed a concern about the records received and has proposed that the parties have a dialogue.

3.      Meanwhile, the undersigned expects to confer with Agency Counsel and try to ensure that Plaintiff's counsel concerns are heard. Thus, Defendants propose that the Court permit them to submit another Status Report no later than August 30, 2024, updating the Court on progressing being made and/or potentially a resolution of this action. This projection is not unreasonable given the number of records recently processed and released.

WHEREFORE, Defendants respectfully request that the Court adopt Defendants' proposal. A proposed Order reflecting Defendants' projection is respectfully attached for the Court's consideration, but a Minute Order would be just as welcome if the Court prefers.

Dated: May 29, 2024
      Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202)252-2562

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL,<br><br>Plaintiff,<br><br>v.<br><br>DEP'T OF HOMELAND SEC, *et al.*,<br><br>Defendants. | Civil Action No. 22-02250 (ABJ) |

**ORDER**

After considering this motion, the record herein, and applicable law,

it is this _____ day of _____, 2024, hereby

**ORDERED**, that the Defendants' proposal is hereby ADOPTED; and it is

**FURTHER ORDERED**, that Defendants shall file another Status Report no later than August 30, 2024.

DATE

HON. AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE