IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Civil Action No. 22-02250 (ABJ) |

## PRAECIPE REGARDING COUNSEL'S CHANGE OF ADDRESS

In accordance with LCvR 83.15(c), counsel hereby provides notice that the address of Raul A. Pinto at American Immigration Council in this matter has been changed to the following:

American Immigration Council
PMB2026
2001 L Street N.W., Suite 500
Washington, DC 20036

Counsel's email, rpinto@immcouncil.org, and telephone number (202) 507-7549, remain unchanged.


Dated: July 22, 2024

Respectfully submitted,

/s/         Raul A. Pinto
Raul A. Pinto
DC Bar No. 90013180
American Immigration Council
PMB2026
2001 L Street N.W., Suite 500
Washington, DC 20036
Phone: (202) 507-7549
Email: rpinto@immcouncil.org