UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIG. COUNCIL,<br><br>Plaintiff<br><br>v.<br><br>DEP'T OF HOMELAND SEC, *et al.*<br><br>Defendants. | Civil Action No. 22-2250 (ABJ) |

**DEFENDANTS' STATUS REPORT**

The Department of Homeland Security, *et al.* ("Defendants"), by and through the undersigned counsel, respectfully submit this Defendants' Status Report in response to the Court's Minute Order entered on May 30, 2024. In support hereof, Defendants state the following:

1. In this action under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), by the aforementioned Minute Order, the Court "ordered that defendants must file another status report by August 30, 2024." Minute Ord. dated May 30, 2024. The Minute Order was in response to Defendants' last status report that reported that the parties had narrowed down their dispute to one outstanding issue. *See* ECF No. 22.

2. Following Defendants' supplemental search and release of 840 records, the parties have continued to engage in a dialogue with the goal of narrowing or eliminating any differences they might have. Specifically, Plaintiff inquired into the status of releases following Defendants' supplemental search and Defendant have confirmed that they have processed all records except for the outstanding consults with other agencies.

3. In response to Plaintiff's inquiry regarding records that originated with other non-party agencies, Defendants have responded that that consultation with the Department of Homeland Security has been completed, but Defendants have not received a response from the Department of Defense. Defendants are unable to release additional records without feedback regarding all consultation records.

4. Unfortunately, the undersigned is painfully acquainted with the difficulties regarding the pace of processing consultation records. The process is notoriously painstaking and delayed across the federal government. Nevertheless, Defendants have reached out to the Department of Defense for a response and still awaiting one. Defendants expect a response in the coming days.

5. Finally, notwithstanding the Defendants' supplemental search, Plaintiff appears to believe that there might still be responsive records that were not found. The parties expect to continue their discussions on this issue and Defendants will report any progress in Defendants' next status report. Thus, Defendants propose that the Court permit them to submit another Status Report no later than October 31, 2024, updating the Court on progress being made and/or a potential resolution of this action.

WHEREFORE, Defendants respectfully request that the Court adopt Defendants' proposal. A proposed Order reflecting Defendants' proposal is respectfully attached for the Court's consideration, but a Minute Order would be just as welcome if the Court prefers.

\*   \*   \*

August 30, 2024						Respectfully submitted,

                                                MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
601 D St., N.W.
Washington, D.C. 20530
(202) 252-2562
kenneth.adebonojo@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN IMMIG. COUNCIL,**<br><br>Plaintiff<br><br>v.<br><br>**DEP'T OF HOMELAND SEC,** *et al.*<br><br>**Defendants.** | Civil Action No. 22-2250 (ABJ) |

### ORDER

After considering this motion, the record herein, and applicable law, it is

this _____ day of _____, 2024, hereby

**ORDERED**, that the Defendants' proposal is hereby ADOPTED; and it is

**FURTHER ORDERED**, that Defendants shall file another Status Report no later than October 31, 2024.

HON. AMY BERMAN JACKSON,
UNITED STATES DISTRICT JUDGE

DATE