UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **AMERICAN IMMIG. COUNCIL,**<br><br>Plaintiff<br><br>v.<br><br>**DEP'T OF HOMELAND SEC,** *et al.*<br><br>Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. 22-2250 (ABJ)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' STATUS REPORT

The Department of Homeland Security, *et al.* ("Defendants"), by and through the undersigned counsel, respectfully submit this Defendants' Status Report in response to the Court's Minute Order entered on September 3, 2024. In support hereof, Defendants state the following:

1. In this action under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), by the aforementioned Minute Order, the Court "ordered that defendants must file another status report by October 31, 2024." Minute Ord. dated September 3, 2024. The Minute Order was in response to Defendants' last status report that reported that the parties had narrowed down their dispute to one outstanding issue. *See* ECF No. 24.

1. Previously, Defendants informed the Court that the parties continued to confer in order to resolve the outstanding issues in this matter. In the August 30, 2024, Defendants' Status Report, Defendants informed the Court that Plaintiff believed that there might still be responsive records not found. *See* ECF No. 24 ¶ 5.

2. Previously, Defendants informed the Court that the parties continued to confer in order to resolve the outstanding issues in this matter. On the August 30, 2024, Defendants informed the Court that Plaintiff believed that there might still be responsive records not found.

*See* ECF No. 24 ¶ 5.

3. Defendant informed the Plaintiff that Defendant will provide a final production including the outstanding records by November 30, 2024.

4. The parties' goal is to continue to confer and resolve this matter without the need for briefing.

5. Thus, Defendants propose that this Court permit them to submit another Status Report no later than January 10, 2025.

WHEREFORE, Defendants respectfully request that the Court adopt Defendants' proposal. A proposed Order reflecting the requested relief is respectfully attached for the Court's consideration, but a Minute Order would be just as welcome if the Court prefers.

October 31, 2024                                  Respectfully submitted,

                                                MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:        /s/
KENNETH ADEBONOJO
Assistant United States Attorney
601 D St., N.W.
Washington, D.C. 20530
(202) 252-2562
kenneth.adebonojo@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN IMMIG. COUNCIL,** ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> **DEP'T OF HOMELAND SEC,** *et al.* ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 22-2250 (ABJ) |

## ORDER

After considering this motion, the record herein, and applicable law, it is

this _____ day of _____, 2024, hereby

**ORDERED**, that the Defendants' proposal is hereby ADOPTED; and it is

**FURTHER ORDERED**, that Defendants shall file another Status Report no later than January 10, 2025.

 

HON. AMY BERMAN JACKSON,
UNITED STATES DISTRICT JUDGE

DATE