**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **AMERICAN IMMIG. COUNCIL,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | **Civil Action No. 22-2250 (ABJ)** |
| **v.** | ) | |
| | ) | |
| **DEP'T OF HOMELAND SEC,** *et al.* | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**DEFENDANTS' STATUS REPORT**

The Department of Homeland Security, *et al*. ("Defendants"), by and through the undersigned counsel, respectfully submit this Defendants' Status Report in response to the Court's Minute Order entered on November 1, 2024.    In support hereof, Defendants state the following:

1.      In this action under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), by the aforementioned Minute Order, the Court "ordered that Defendants must file another status report by January 10, 2025."    Minute Ord. dated November 1, 2024.  The Minute Order was in response to Defendants' last status report that reported that the parties had narrowed down their dispute to one outstanding issue.  *See* ECF No. 25.

2.      Agency Counsel represents that Defendants have completed their records production, including referral records.  In the same vein, Plaintiff has acknowledged receipt of said records and is still digesting them.

3.      In addition, Plaintiff has posed questions that the undersigned has since posed to Agency Counsel.  The undersigned expects are response soon and will confer with Agency Counsel on next steps before responding to Plaintiff's inquiry.  In a nutshell, the parties' dialogue continues.

WHEREFORE, Defendants respectfully request that the Court adopt Defendants' proposal to

file another Defendants' Status Report no later than March 11, 2025.  A proposed Order reflecting

Defendants' proposal is respectfully attached for the Court's consideration, but a Minute Order would

be just as welcome if the Court prefers.

January 10, 2025                                    Respectfully submitted,


                                                   MATTHEW M. GRAVES, D.C. Bar #481052
                                                   United States Attorney

                                                   BRIAN P. HUDAK
                                                   Chief, Civil Division

                                                   By:_____/s/_____
                                                   KENNETH ADEBONOJO
                                                   Assistant United States Attorney
                                                   601 D St., N.W.
                                                   Washington, D.C. 20530
                                                   (202) 252-2562
                                                   kenneth.adebonojo@usdoj.gov

                                                   *Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **AMERICAN IMMIG. COUNCIL,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | **Civil Action No. 22-2250 (ABJ)** |
| **v.** ) | |
| ) | |
| **DEP'T OF HOMELAND SEC,** *et al.* ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

After considering this motion, the record herein, and applicable law, it is

this _____ day of _____, 2025, hereby

**ORDERED**, that the Defendants' proposal is hereby ADOPTED; and it is

**FURTHER ORDERED**, that Defendants shall file another Status Report no later than March 11, 2025.

HON. AMY BERMAN JACKSON,
UNITED STATES DISTRICT JUDGE

DATE