UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIG. COUNCIL, <br><br> Plaintiff <br><br> v. <br><br> DEP'T OF HOMELAND SEC, *et al.* <br><br> Defendants. | Civil Action No. 22-2250 (ABJ) |

**DEFENDANTS' STATUS REPORT**

The Department of Homeland Security, *et al.* ("Defendants"), by and through the undersigned counsel, respectfully submit this Defendants' Status Report in response to the Court's Minute Order entered on January 13, 2025.   In support hereof, Defendants state the following:

1. In this action under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), by the aforementioned Minute Order, the Court directed that "[i]n light of defendants' status report, it is ORDERED that defendants must file another status report by March 11, 2025."   Minute Ord. dated January 13, 2025.  The Minute Order was in response to Defendants' last status report that reported that the parties had narrowed down their dispute to one outstanding issue.  *See* ECF No. 26.

2. Defendants are pleased to report that the parties have resolved the FOIA merits of this action, leaving only the issue of fees.  Without conceding that Plaintiff is eligible or entitled to fees, Defendants await Plaintiffs fee request.

3. Plaintiff's counsel indicates that Plaintiff's fee request will be forthcoming in the coming days.  Thereafter, the undersigned will engage with Agency Counsel as well as this office's supervisors to determine whether and what, if any, should be Defendants' response.

WHEREFORE, Defendants respectfully request that the Court adopt Defendants' proposal to file another Defendants' Status Report no later than May 13, 2025. A proposed Order reflecting Defendants' proposal is respectfully attached for the Court's consideration, but a Minute Order would be just as welcome if the Court prefers.

March 11, 2025                                  Respectfully submitted,

                                                EDWARD R. MARTIN, Jr., D.C. Bar No. 481866
                                                United States Attorney

                                                By:_____/s/_____
                                                KENNETH ADEBONOJO
                                                Assistant United States Attorney
                                                601 D St., N.W.
                                                Washington, D.C. 20530
                                                (202) 252-2562
                                                kenneth.adebonojo@usdoj.gov

                                                *Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN IMMIG. COUNCIL,** ) | |
| ) | |
| Plaintiff ) | |
| ) | **Civil Action No. 22-2250 (ABJ)** |
| v. ) | |
| ) | |
| **DEP'T OF HOMELAND SEC,** *et al.* ) | |
| ) | |
| Defendants. ) | |

## ORDER

After considering this motion, the record herein, and applicable law, it is

this _____ day of _____, 2025, hereby

**ORDERED**, that the Defendants' proposal is hereby **ADOPTED**; and it is

**FURTHER ORDERED**, that Defendants shall file another Status Report no later than May 13, 2025.

                                                                       HON. AMY BERMAN JACKSON,
                                                                       UNITED STATES DISTRICT JUDGE

DATE