UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIG. COUNCIL,<br><br>Plaintiff<br><br>v.<br><br>DEP'T OF HOMELAND SEC, *et al.*<br><br>Defendants. | Civil Action No. 22-2250 (ABJ) |

### DEFENDANTS' STATUS REPORT

The Department of Homeland Security, *et al.* ("Defendants"), by and through the undersigned counsel, respectfully submit this Defendants' Status Report in response to the Court's Minute Order entered on March 13, 2025.   In support hereof, Defendants state the following:

1.  In this action under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), by the aforementioned Minute Order, the Court directed that "[i]n light of defendants' status report, it is ordered that defendants must file another status report by May 13, 2025."   Minute Ord. dated March 13, 2025. The Minute Order was in response to Defendants' last status report that reported that the parties had narrowed down their dispute to one outstanding issue.  *See* ECF No. 27.

2.  Defendants are pleased to report that the parties have resolved the FOIA merits of this action, leaving only the issue of fees.  Without conceding that Plaintiff is eligible or entitled to fees, Defendants await Plaintiffs fee request.

3.  Since Defendants' last status report, Plaintiff has submitted a fee demand that is currently under consideration.  Agency Counsel has acknowledged receipt, and the undersigned expect to confer with Agency Counsel about same in the coming weeks.  The undersigned anticipates that, if the agencies determine that Plaintiff would be eligible and entitled to fees and they are

reasonable, a response to Plaintiff's demand would ensue.

4.       If the parties are somehow unable to resolve the fee issue amicably, Defendants anticipate that the parties may submit a fees briefing schedule, but if an amicable resolution is reached, the parties will submit a stipulation of dismissal instead.

WHEREFORE, Defendants respectfully request that the Court adopt Defendants' proposal to file another Defendants' Status Report no later than August 15, 2025.  A proposed Order reflecting Defendants' proposal is respectfully attached for the Court's consideration, but a Minute Order would be just as welcome if the Court prefers.

May 13, 2025                                         Respectfully submitted,

                                                EDWARD R. MARTIN, Jr., D.C. Bar No. 481866
                                                United States Attorney

                                                By:      /s/
                                                KENNETH ADEBONOJO
                                                Assistant United States Attorney
                                                601 D St., N.W.
                                                Washington, D.C. 20530
                                                (202) 252-2562
                                                kenneth.adebonojo@usdoj.gov

                                                *Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN IMMIG. COUNCIL,** ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 22-2250 (ABJ) |
| v. ) | |
| ) | |
| **DEP'T OF HOMELAND SEC,** *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

After considering this motion, the record herein, and applicable law, it is

this _____ day of _____, 2025, hereby

**ORDERED**, that the Defendants' proposal is hereby ADOPTED; and it is

**FURTHER ORDERED**, that Defendants shall file another Status Report no later than August 15, 2025.

_____
HON. AMY BERMAN JACKSON,
UNITED STATES DISTRICT JUDGE

DATE