**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                        )
AMERICAN IMMIG. COUNCIL,                )
                                        )
          Plaintiff                     )
                                        )
                                        )    Civil Action No. 22-2250 (ABJ)
          v.                            )    (ECF)
                                        )
DEP'T OF HOMELAND SEC, *et al.*         )
                                        )
          Defendants.                   )
_____)

**DEFENDANTS' STATUS REPORT**

The Department of Homeland Security, *et al.* ("Defendants"), by and through the undersigned counsel, respectfully submit this Defendants' Status Report in response to the Court's Minute Order entered on May 14, 2025.  In support hereof, Defendants state the following:

1.      In this action under the Freedom of Information Act, 5 U.S.C. § 552, *et seq*. ("FOIA"), the Court "ordered that Defendants must file another status report by [today]."  *See* Minute Order dated May 14, 2025.

2.      Previously, Defendants reported that the parties had resolved the FOIA merits, leaving only the issue of fees.  Plaintiff has submitted a fee demand.  Defendant has considered Plaintiff's fee demand and responded.

3.      Because Defendants only recently provided a response to Plaintiff's fee demand, Plaintiff is still considering Defendants' response.  The parties continue to negotiate in good faith a goal of attempting to resolve the fee issue amicably as they did the FOIA merits and seeking the Court's intervention only as a last resort.

4.      Thus, having conferred with Plaintiff's counsel, Defendants propose that this

Court permit them to submit another Status Report no later than October 15, 2025.

Defendants are, however, optimistic that the parties' goal would be to perhaps file a

stipulation of dismissal instead.

WHEREFORE, Defendants respectfully request that the Court adopt Defendants'

proposal.  A proposed Order reflecting the requested relief is respectfully attached for the

Court's consideration, but a Minute Order would be just as welcome if the Court prefers.

August 15, 2025                              Respectfully submitted,


                                             JEANINE FERRIS PIRRO
                                             United States Attorney

                                             By:_____/s/_____
                                             KENNETH ADEBONOJO
                                             Assistant United States Attorney
                                             U.S. Attorney's Office, Civil Division
                                             601 D St., N.W.
                                             Washington, D.C. 20530
                                             (202) 252-2562
                                             kenneth.adebonojo@usdoj.gov

                                             *Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **AMERICAN IMMIG. COUNCIL,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | **Civil Action No. 22-2250 (ABJ)** |
| **v.** | ) | **(ECF)** |
| | ) | |
| **DEP'T OF HOMELAND SEC,** *et al.* | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER**

After considering this motion, the record herein, and applicable law,

it is this ____ day of _____, 2024, hereby

**ORDERED**, that the Defendants' proposal is hereby ADOPTED; and it is

**FURTHER ORDERED**, that Defendants shall file another Status Report no later than

October 14, 2025.

 

HON. AMY BERMAN JACKSON,
UNITED STATES DISTRICT JUDGE

DATE