UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN IMMIG. COUNCIL,**<br><br>Plaintiff<br><br>v.<br><br>**DEP'T OF HOMELAND SEC,** *et al.*<br><br>Defendants. | Civil Action No. 22-2250 (ABJ) |

## DEFENDANTS' STATUS REPORT

The Department of Homeland Security, *et al.* ("Defendants"), by and through the undersigned counsel, respectfully submit this Defendants' Status Report in response to the Court's Minute Order entered on August 18, 2025.   In support hereof, Defendants state the following:

1. In this action under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), by the aforementioned Minute Order, the Court directed that "[i]n light of defendants' status report, it is ordered that defendants must file another status report by October 15, 2025."   Minute Ord. dated August 18, 2025.  The Minute Order was in response to Defendants' last status report.  *See* ECF No. 29.

2. Defendants are pleased to report that, subject to Department of Justice approval, the parties have reached an agreement in principle on the final issue of fees.  All that is left is for Government Counsel to reduce the parties' agreement to resolve the fees issue to writing and for the undersigned to secure his supervisors' approvals.

3. The undersigned anticipates that this process should be completed before Defendants' next status report is due and further anticipates that the parties may be filing a stipulation of dismissal in lieu of another status report.

WHEREFORE, Defendants respectfully request that the Court adopt Defendants' proposal to file another Defendants' Status Report no later than February 17, 2026. A proposed Order reflecting Defendants' proposal is respectfully attached for the Court's consideration, but a Minute Order would be just as welcome if the Court prefers.

December 8, 2025                                Respectfully submitted,

                                                JEANINE FERRIS PIRRO
                                                United States Attorney

                                                By:_____/s/_____
                                                KENNETH ADEBONOJO
                                                Assistant United States Attorney
                                                601 D St., N.W.
                                                Washington, D.C. 20530
                                                (202) 252-2562
                                                kenneth.adebonojo@usdoj.gov

                                                *Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **AMERICAN IMMIG. COUNCIL,** | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 22-2250 (ABJ) |
| **DEP'T OF HOMELAND SEC**, *et al.* | ) |
| Defendants. | ) |

## ORDER

After considering this motion, the record herein, and applicable law, it is

this _____ day of _____, 2025, hereby

**ORDERED**, that the Defendants' proposal is hereby ADOPTED; and it is

**FURTHER ORDERED**, that Defendants shall file another Status Report no later than February 17, 2026, unless this action is dismissed before then.

HON. AMY BERMAN JACKSON,
UNITED STATES DISTRICT JUDGE

DATE