UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN IMMIGRATION COUNSEL,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.<br><br>Defendants. | Civil Action No. 22-2250 (ABJ) |

**DEFENDANTS' STATUS REPORT**

Pursuant to Minute Order entered on December 10, 2025, the Department of Homeland Security, et al. ("Defendants") respectfully submit this Joint Status Report. *See* Min. Ord. In support, Defendants jointly proffer the following:

1. Per the aforementioned Minute Order, Defendants' Status Report was due last Tuesday. The undersigned is on leave this week, but is still working. He has actually conferred with Plaintiff's counsel prior to the due date, but was unable to access the office's network remotely to get the Status Report on the docket time. The undersigned regrets this development and pleads the Court understanding.

2. On the substance of this litigation, the parties have reached an agreement on fees. They would, however, need some additional time to reduce the agreement to a signed agreement and stipulation of dismissal.

3. Thus, the undersigned respectfully requests that the Court permit Defendants to file another Status Report no later than April 7, 2026, to apprize the Court of developments in this case although the undersigned believes that parties would likely have filed a stipulation of dismissal by that date.

- 2 -

WHEREFORE, Defendants respectfully request that the Court adopt their proposal and allow them to file another status report no later than April 7, 2026.

Dated: February 19, 2026                JEANINE FERRIS PIRRO
                                        United States Attorney


                                        _____/s/ Kenneth Adebonojo_____
                                        KENNETH ADEBONOJO
                                        Assistant United States Attorney
                                        601 D Street, NW
                                        Washington, DC 20530
                                        (202)252-2562

                                        *Attorney for the United States of America*

- 2 -