**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| AMERICAN IMMIG. COUNCIL, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No. 22-2250 (ABJ) |
| v. | ) | |
| | ) | |
| DEP'T OF HOMELAND SEC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' STATUS REPORT**

The Department of Homeland Security, *et al.* ("Defendants"), by and through the undersigned counsel, respectfully submit this Defendants' Status Report in response to the Court's Minute Order entered on August 18, 2025.    In support hereof, Defendants state the following:

1.      In this action under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), by the aforementioned Minute Order, the Court directed that that Defendants "file another status report by April 7, 2026 if the case has not been resolved in the interim."    Minute Ord. dated February 19, 2026.  The Minute Order was in response to Defendants' last status report.  *See* ECF No. 31.

2.      The parties have reduced their agreement on fees to writing.  Because the agreement includes deviations from the Defendants' model, it requires supervisors' approvals, which the undersigned believes he should have by next week.

3.      Thus, Defendant anticipates filing a stipulation of dismissal no later than the end of this month.

WHEREFORE, Defendants respectfully request that the Court adopt Defendants' proposal to file a stipulation of dismissal or another status report no later than April 30, 2026.  A proposed Order

reflecting Defendants' proposal is respectfully attached for the Court's consideration, but a Minute

Order would be just as welcome if the Court prefers.

April 7, 2026                                  Respectfully submitted,


                                              JEANINE FERRIS PIRRO
                                              United States Attorney

                                              By:_____/s/_____
                                              KENNETH ADEBONOJO
                                              Assistant United States Attorney
                                              601 D St., N.W.
                                              Washington, D.C. 20530
                                              (202) 252-2562
                                              kenneth.adebonojo@usdoj.gov

                                              *Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN IMMIG. COUNCIL, | ) |
| | ) |
| Plaintiff | ) |
| | ) Civil Action No. 22-2250 (ABJ) |
| v. | ) |
| | ) |
| DEP'T OF HOMELAND SEC, *et al.* | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER**

After considering this motion, the record herein, and applicable law, it is

this _____ day of _____, 2025, hereby

**ORDERED**, that the Defendants' proposal is hereby ADOPTED; and it is

**FURTHER ORDERED**, that Defendants shall file a stipulation of dismissal or status report

no later than April 30, 2026.

_____
HON. AMY BERMAN JACKSON,
UNITED STATES DISTRICT JUDGE

DATE